**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6573**

———————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

GAIL JEAN SMALL,

                                    Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, Chief District Judge.  (CR-96-154, CA-00-460-3-1-MU)

———————

Submitted:  June 21, 2001              Decided:  July 5, 2001

———————

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Gail Jean Small, Appellant Pro Se.  Harry Thomas Church, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gail Jean Smith seeks to appeal the district court's order and judgment denying her motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.[*] See United States v. Small, Nos. CR-96-154; CA-00-460-3-1-MU (W.D.N.C. filed Jan. 4, 2001; entered Jan. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Small's claim that her sentence is not proper in light of the rule announced in Apprendi v. New Jersey, 530 U.S. 466 (2000), is without merit. We recently held in United States v. Sanders, 247 F.3d 139 (4th Cir. 2001), that the new rule announced in Apprendi is not retroactively applicable to cases on collateral review.

2